UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURTIS A. LONG,**

    **Plaintiff,**

**v.**                                                  Case No. 5:18cv72-TKW-HTC

**DOCTOR S. HOSSEINI** and **NURSE JONES,**

    **Defendants.**

_____/

## **O R D E R**

    This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 48) and Defendants' objections (Doc. 51). Based on the my de novo review of the issues raised in the objections, I agree with the magistrate judge that Plaintiff has plausibly alleged that he has a serious medical need (by virtue of the "severe pain" in his back, legs and knees that allegedly makes it difficult for him to walk or stand on his feet for any length of time) to which Defendants were deliberately indifferent (by allegedly not prescribing pain medication and refusing for non-medical reasons to refer him to a specialist to determine the cause of the pain). Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 37, 38) are **DENIED**.

3. The case is referred back to the magistrate judge for further proceedings.

**DONE and ORDERED** this 21st day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**